In the Matter of the Estate of Henry S. Curtis, Deceased.— Appeal dismissed, without costs, upon stipulation.

■

Frank L. Geyer, Plaintiff,. v. Myrna D. Watkins, as Administratrix, et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■

Joseph W. Ponticello, Respondent, v. Prudential Insurance Company of America, Appellant.— Appeal dismissed, without costs, upon stipulation.

■

Mildred Eastman, Appellant, v. George Eastman, Respondent.— Motion granted and appeal dismissed, with $10 costs.

■

In the Matter of Douglas L. Atkinson, Appellant, against Joseph P. Kelly, as Commissioner of Motor Vehicles, Respondent.— Motion for a stay pending hearing and determination of appeal granted.

■

Clarence F. Grabb, as Receiver, Respondent, v. John Nicholas, as Receiver, Appellant, et al., Defendant.— Motion to dismiss appeal of William J. Edell granted. Motion to dismiss appeal of John Nicholas, as receiver, granted unless printed records and briefs are filed and served on or before October 15, 1955, without prejudice to respondent to move for dismissal upon argument of the appeal.